**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No.   14-26079-WIL |
| LaVerne C. Brown | * | Chapter   13 |
| Debtor(s) | * | |
| * * * * * * * * * | * | |
| LaVerne C. Brown | * | |
| Movant (s) | * | |
| vs. | * | Document No. 18 |
| Capital One Bank, N.A. | * | |
| Respondent(s) | * | |

* * * * * * * * * * * * * *

### ORDER AVOIDING JUDICIAL LIEN UNDER
### 11 U.S.C. SECTION 522(f)(1) BY DEFAULT

The Debtor(s) herein having moved pursuant to 11 U.S.C. § 522(f)(1) and Federal Bankruptcy Rule 4003(d) to avoid a judicial lien of the Respondent, and after consideration of said motion and the time for Respondent to answer thereto having expired without an answer or other response having been filed, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the judicial lien of the Respondent against property of the Debtor(s) is hereby avoided to the extent said lien impairs exemptions to which the Debtor(s) would be entitled.  In the event the instant bankruptcy case is dismissed, this Order shall be null and void.

cc:    Debtor(s)

Debtor(s)' Counsel – Tommy Andrews, Jr.
Creditor(s) - Capital One Bank, N.A.

**End of Order**

Lien-29.1 --  2/6/04